IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 02-93 |
| | ) | |
| LAMONT WASHINGTON | ) | |

ORDER

AND NOW, this 19th day of July, 2005, in consideration of the with Motion for Permission to file its Motion pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure under seal, said motion is GRANTED.

IT IS ORDERED that the Government's Rule 35(b) Motion shall be filed and remain under seal until further Order of Court.

_____
United States District Judge

cc: Troy Rivetti, AUSA
    Joseph G. Kanfoush, Esquire

    Eric S. Lawson
    U.S. Probation Office